# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  ) | |
| vs. ) | CR. No. 05-00283-CG |
| ) | |
| LEAVIE DALLAS KING, III, ) ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the United States' appeal of Magistrate Judge Cassady's order setting conditions of release for the defendant pending his hearing on supervised release revocation. (Doc. 32). The court has reviewed the recording of the October 26, 2009 detention hearing before the magistrate judge. The court has also reviewed the original presentence investigation report (Doc. 15), the petition for revocation of his supervised release (Doc. 27), and the Government's appeal of the Magistrate Judges' decision (Doc. 32).

Based on a <u>de novo</u> review of the evidence[1], the court finds that Judge Cassady's ruling and the conditions imposed by his order will reasonably assure the appearance of the defendant as required and the safety of the community, and his order is therefore **AFFIRMED**.

**DONE and ORDERED** this 26th day of October, 2009.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although the Government requested a de novo "hearing", it did not indicate that any additional evidence would be presented.